United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LILLIAN MARI GONZALEZ,

    Plaintiff,

    v.

HIDDEN RIDGE CONDOMINIUM ASSOCIATION,

    Defendant,
_____/

IN RE LILLIAN MARI GONZALEZ,

    Debtor.
_____/

No. C 12-80120 MISC PJH
Bankr. Case No. 11-42622 RLE

**ORDER REFERRING CASE TO BANKRUPTCY COURT**

    On May 9, 2012, the United States Bankruptcy Court for the Western District of Pennsylvania transferred venue in the above case to this court for further referral to the bankruptcy court in this district. The Pennsylvania bankruptcy court noted that the case involved allegations of discharge and stay violations in plaintiff and debtor Gonzalez's bankruptcy case that was filed in the United States Bankruptcy Court for the Northern District, No. 11-42622 RLE.

    In accordance with General Order 24, this case is hereby referred to the bankruptcy court, and specifically to United States Bankruptcy Judge Roger Efremsky, who presided over plaintiff's Chapter 7 bankruptcy case.

    The clerk for this court shall transmit a copy of this order in addition to the docket

and documents received from the United States Bankruptcy Court for the Western District of Pennsylvania to the clerk of the United States Bankruptcy Court for the Northern District of California.

**IT IS SO ORDERED.**

Dated: May 23, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge